**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**DUSTIN WADE ROSENKRANZ,**
       **Plaintiff,**

   v.                                             Case No. 13-CV-0714

**BROWN COUNTY,**
       **Defendant,**

---

## DECISION AND ORDER

A review of this file discloses that defendant Brown County filed a motion for summary judgment. Court records indicate that a copy of the motion and supporting brief were mailed to plaintiff on August 29, 2014. Under Civil Local Rule 56, a copy of which was mailed to plaintiff with defendant's motion, plaintiff's response to that motion should have been filed on or before September 29, 2014. Court records show that plaintiff did not file any response to defendants' motion. Nonetheless, I will allow plaintiff an additional period of time to file a response to defendant's motion.

**THEREFORE, IT IS ORDERED** that plaintiff shall file a response to defendant's motion for summary judgment on or before **Monday, December 1, 2014**. Failure to file such a response may result in dismissal of this action pursuant to Civil L.R. 41(c) (copy attached).

Dated at Milwaukee, Wisconsin, this 30th day of October, 2014.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge

**Civil L. R. 41(c) Dismissal for Lack of Diligence**

**(c) Dismissal for Lack of Diligence.** Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.