# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DUSTIN WADE ROSENKRANZ,**

      **Plaintiff,**

    **v.**                            **Case No. 13-CV-0714**

**BROWN COUNTY,**

      **Defendant,**

---

## DECISION AND ORDER

On October 30, 2014, I entered an order directing plaintiff to respond to defendant Brown County's motion for summary judgment on or before Monday, December 1, 2014. I advised plaintiff that failure to file a response by that date may result in a dismissal of this action pursuant to Civil Local Rule 41(c), and I attached a copy of that rule to the order. To date, plaintiff has not filed a response to the motion for summary judgment or contacted the court at all.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge